JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7200
    Facsimile:      (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 09-1112 MHP |
|     Plaintiff, ) | |
|   v. ) | **STIPULATION AND [PROPOSED]** |
| CARLOS MIRANDA-GODOY, ) | **ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
|   a/k/a Carlos Miranda, ) | |
|   a/k/a Andres Ricardo Sarceno,, ) | |
|     Defendant. ) | |

     On November 23, 2009, the parties in this case appeared before the Court for a status conference.  At that time, the Court set a further status / change of plea hearing for December 14, 2009, at 10:00 a.m.  The parties also agreed to exclude the period of time between November 23, 2009 and December 14, 2009 from any time limits applicable under 18 U.S.C. § 3161.  The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel, including review of voluminous discovery.  *See* 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18

1  U.S.C. § 3161(h)(8)(A).  At the hearing, the Court made findings consistent with this agreement.

3  SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

7  DATED: December 7, 2009                    /s/
KEVIN J. BARRY
Assistant United States Attorney

10 DATED: December 7, 2009                    /s/
ELIZABETH M. FALK
Attorney for CARLOS MIRANDA-GODOY

### [PROPOSED] ORDER

For the reasons stated above and at the November 23, 2009 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from November 23, 2009 through December 14, 2009 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A).  The failure to grant the requested exclusion of time would deny counsel for the defendant and for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C. §3161(h)(8)(B)(iv).

IT IS SO ORDERED.

DATED: __12/8/2009____           _____
THE HONORABLE MARILYN H. PATEL
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7200
    Facsimile:     (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CARLOS MIRANDA-GODOY,<br>   a/k/a Carlos Miranda,<br>   a/k/a Andres Ricardo Sarceno,,<br><br>    Defendant. | CR No.: 09-1112 MHP<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161<br><br>**ATTESTATION OF FILER** |

    In addition to myself, the other signatory to this document is <u>Elizabeth M. Falk</u>.  I hereby attest that I have obtained her permission to file this document with her conformed signature.

DATED: December 7, 2009                                      /s/   Kevin J. Barry

                                                          KEVIN J. BARRY (CABN 229748)
                                                          Assistant United States Attorney
                                                          450 Golden Gate Avenue, Box 36055
                                                          San Francisco, California  94102
                                                          Telephone:     (415) 436-7200
                                                          Facsimile:     (415) 436-7234
                                                          Email: <u>kevin.barry@usdoj.gov</u>