JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7200
    Facsimile:      (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CARLOS MIRANDA-GODOY, )<br>  a/k/a Carlos Miranda, )<br>  a/k/a Andres Ricardo Sarceno, )<br>)<br>    Defendant. )<br>_____ ) | CR No.: 09-1112 MHP<br><br><br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXCLUDING TIME UNDER 18**<br>**U.S.C. § 3161** |

    On December 14, 2009, the parties in this case appeared before the Court for a status conference.  At that time, the Court set a further status / change of plea / trial setting hearing for January 25, 2010 at 10:00 a.m.  The parties agreed to exclude the period of time between December 14, 2009 and January 25, 2010 from any time limits applicable under 18 U.S.C. § 3161.  The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel, including review of voluminous discovery and the defendant's immigration history.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the

1  public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court
2  made findings consistent with this agreement.
3      SO STIPULATED:

    JOSEPH P. RUSSONIELLO
    United States Attorney

DATED: December 15, 2009        /s/
    KEVIN J. BARRY
    Assistant United States Attorney

DATED: December 15, 2009        /s/
    ELIZABETH M. FALK
    Attorney for CARLOS MIRANDA-GODOY

### [PROPOSED] ORDER

    For the reasons stated above and at the December 14, 2009 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from December 14, 2009 through January 25, 2010 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).  The failure to grant the requested exclusion of time would deny counsel for the defendant and for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(iv).

    IT IS SO ORDERED.

DATED: 12/16/2009        _____
    THE HONORABLE MARILYN H. PATEL
    United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]

STIPULATION & [PROPOSED] EXCLUDING TIME
CR 09-1112 MHP    2

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KEVIN J. BARRY (CABN 229748)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California  94102
       Telephone:      (415) 436-7200
7      Facsimile:      (415) 436-7234
       Email: kevin.barry@usdoj.gov
8
   Attorneys for Plaintiff
9

10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,             )   CR No.: 09-1112 MHP
                                         )
15         Plaintiff,                    )
                                         )
16     v.                                )   STIPULATION AND [PROPOSED] ORDER
                                         )   EXCLUDING TIME UNDER 18 U.S.C. §
17 CARLOS MIRANDA-GODOY,                 )   3161
       a/k/a Carlos Miranda,             )
18     a/k/a Andres Ricardo Sarceno,     )
                                         )   **ATTESTATION OF FILER**
19         Defendant.                    )
   _____ )
20

21
        In addition to myself, the other signatory to this document is <u>Elizabeth M. Falk</u>.  I hereby
22
   attest that I have obtained her permission to file this document with her conformed signature.
23

24 DATED: December 15, 2009                          /s/   Kevin J. Barry

25                                          KEVIN J. BARRY (CABN 229748)
                                            Assistant United States Attorney
26                                          450 Golden Gate Avenue, Box 36055
                                            San Francisco, California  94102
27                                          Telephone:      (415) 436-7200
                                            Facsimile:      (415) 436-7234
28                                          Email: kevin.barry@usdoj.gov

   ATTESTATION OF FILER
   CR 09-1112 MHP                                                                               1