JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7200
    Facsimile:     (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No.: 09-1112 MHP |
|     Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
| CARLOS MIRANDA-GODOY,<br>  a/k/a Carlos Miranda,<br>  a/k/a Andres Ricardo Sarceno, | ) | |
|     Defendant. | ) | |

On January 25, 2010, the parties in this case appeared before the Court for a status conference. At that time, the Court set a further status hearing for February 8, 2010 at 10:00 a.m. The parties agreed to exclude the period of time between January 25, 2010 and February 8, 2010 from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent

with this agreement.

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: January 26, 2010                   /s/
KEVIN J. BARRY
Assistant United States Attorney

DATED: January 26, 2010                   /s/
ELIZABETH M. FALK
Attorney for CARLOS MIRANDA-GODOY

### [PROPOSED] ORDER

For the reasons stated above and at the January 25, 2010 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from January 25, 2010 through February 8, 2010 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would deny counsel for the defendant and for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 1/27/2010                                    _____
THE HONORABLE MARILYN H. PATEL
United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]