JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7200
    Facsimile:      (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No.: 09-1112 MHP |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CHANGING SENTENCING** |
| CARLOS MIRANDA-GODOY, | ) | **DATE** |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

       On February 22, 2010, the defendant pled guilty in open court to a one count Indictment charging him with Illegal Reentry Following Deportation, in violation of 8 U.S.C. § 1326.  There is no plea agreement in place.  At the time the defendant pled guilty, the Court set May 17, 2010 at 9:00 a.m. as the date and time for judgment and sentencing.

       The United States Probation Office has interviewed the defendant, but additional time is required to investigate the information provided during that interview.  In addition, the defendant currently has an appeal pending before the Board of Immigration Appeals regarding an Immigration Judge's denial of the defendant's petition for withholding of removal.  Changing

1 the sentencing date will permit the defendant's immigration attorney to attend the hearing,
2 should the Court have questions with respect to this issue.
3       For these reasons, the parties respectfully request that the date for judgment and
4 sentencing be moved from May 17, 2010 to June 14, 2010 at 9:00 a.m.

6 SO STIPULATED:

      JOSEPH P. RUSSONIELLO
      United States Attorney

10 DATED: April 7, 2010       /s/
      KEVIN J. BARRY
11       Assistant United States Attorney

13 DATED: April 7, 2010       /s/
      ELIZABETH M. FALK
14       Attorney for CARLOS MIRANDA-GODOY

16             [PROPOSED] ORDER

17       For the reasons stated above, and for good cause shown, the date for judgment and
18 sentencing shall be moved from May 17, 2010 at 9:00 a.m. to June 14, 2010 at 9:00 a.m.

20 **IT IS SO ORDERED.**

21 DATED: __4/8/2010__

      THE HONORABLE MARILYN HALL PATEL
      United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signed Judge Marilyn H. Patel]*

STIPULATION & [PROPOSED] ORDER CHANGING SENTENCING DATE
CR 09-1112 MHP       2

# EXHIBIT A

# EXHIBIT A

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:    (415) 436-7200
    Facsimile:     (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No.: 09-1112 MHP |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER CHANGING SENTENCING DATE |
| CARLOS MIRANDA-GODOY, | ) | |
| Defendant. | ) | **ATTESTATION OF FILER** |

    In addition to myself, the other signatory to this document is <u>Elizabeth M. Falk</u>.  I hereby attest that I have obtained her permission to file this document with her conformed signature.

DATED: April 7, 2010                                              /s/   Kevin J. Barry

                                                       KEVIN J. BARRY (CABN 229748)
                                                       Assistant United States Attorney
                                                       450 Golden Gate Avenue, Box 36055
                                                       San Francisco, California  94102
                                                       Telephone:    (415) 436-7200
                                                       Facsimile:     (415) 436-7234
                                                       Email: <u>kevin.barry@usdoj.gov</u>

ATTESTATION OF FILER
CR 09-1112 MHP                                                                                                           1