BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GODOY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 09-1112 MHP |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND [PROPOSED] ORDER SETTING BAIL HEARING** |
| CARLOS MIRANDA GODOY, | ) | Date:  May 13, 2010 |
| Defendant. | ) | Time:  9:30 a.m. |
| | ) | Court: The Honorable Joseph C. Spero |

## STIPULATION

The parties agree to set a bail review hearing in the above-captioned matter on May 13, 2010 at 9:30 a.m. The parties agree that the relevant facts are as follows:

Mr. Miranda-Godoy is currently charged in a one count indictment with violation of 8 U.S.C. § 1326, illegal re-entry following deportation. He made his initial appearance in this matter on November 18, 2009 before the Honorable James Larson. On November 23, 2009, Mr. Miranda-Godoy waived his right to a bail hearing and findings as a result of a hold placed by Immigration and Customs Enforcement (ICE). On February 22, 2010, Mr. Miranda-Godoy pled guilty to the indictment. Judgment and sentencing are currently set for June 14, 2010 before the Honorable Marilyn Hall Patel.

While the instant criminal case was pending, Mr. Miranda-Godoy filed an appeal of the immigration judge's order denying him relief from deportation under the Convention Against Torture ("CAT") on the grounds that he would be tortured if removed to his home country of

Guatemala. On April 8, 2010, the Board of Immigration Appeals reversed the decision of the Immigration Judge, and ordered CAT relief granted for Mr. Miranda-Godoy. No timely motion for reconsideration was filed by ICE, nor was an appeal filed with the Ninth Circuit. According to Mr. Miranda-Godoy's immigration counsel, Sara Coppin from the law office of Robert Jobe, the time for appealing the decision of the BIA has thus passed, and the CAT grant is final. According to Ms. Coppin, Mr. Miranda-Godoy is now eligible for release by ICE with the CAT grant because he will not be deported at the conclusion of the criminal proceedings.

Mr. Miranda-Godoy now seeks release from custody on the criminal case so he can be returned to ICE for entry of an order granting CAT relief and release from custody by ICE. The parties are in negotiations as to a potential resolution of the criminal case. Mr. Miranda-Godoy has sureties who will be present on May 13, 2010, including his mother and adult sister who live and work in San Francisco legally. His mother will require the assistance of a Spanish interpreter.

Assistant United States Attorney Kevin Barry has no objection to setting a detention hearing on May 13, 2010 at 9:30 a.m. Counsel for Mr. Miranda-Godoy initially approached the Honorable James Larson to request that the matter be set for a detention hearing, as Judge Larson was the original judge who accepted Mr. Miranda-Godoy's waiver of his right to a detention hearing. The parties are now proceeding instead before this Court upon information provided by Mr. Wings Hom, courtroom deputy to the Honorable James Larson, because Judge Larson did not make any determination in the first instance regarding Mr. Miranda-Godoy's release. Instead, Judge Larson simply accepted Mr. Miranda-Godoy's waiver without rendering any findings. Under these circumstances, Mr. Hom informed undersigned defense counsel that it was appropriate to proceed before the duty magistrate judge for continued detention proceedings.

IT IS SO STIPULATED.

DATED: 5/12/10 _____/S/_____

ELIZABETH M. FALK
Assistant Federal Public Defender

1  DATED: 5/12/10                    _____/S/_____
2                                    KEVIN J. BARRY
                                     Assistant United States Attorney
3

4
                                [PROPOSED] ORDER
5
   Based upon the aforementioned representations of the parties, it is hereby ORDERED that a
6
bail hearing in this matter be set on May 13, 2010 at 9:30 a.m. and that a court appointed Spanish
7
interpreter be present for the proceedings.
8

9
   DATED: 05/12/10
10                                   _____
                                     THE HONORABLE JOSEPH C. SPERO
11                                   UNITED STATES MAGISTRATE COURT JUDGE

STIP & ORDER SETTING BAIL HEARING
09-1112 MHP                                    - 3 -