BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GODOY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CARLOS MIRANDA GODOY, <br><br> Defendant. | No. CR 09-1112 MHP <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING** <br><br> Date:  June 14, 2010 <br> Time:  9:00 a.m. <br> Court:  The Honorable Marilyn Hall Patel |

## STIPULATION

The parties agree to continue sentencing in the above captioned matter to September 20, 2010 at 9:00 a.m. The parties agree that the relevant facts are as follows:

Mr. Miranda-Godoy is currently charged in a one count indictment with violation of 8 U.S.C. § 1326, illegal re-entry following deportation. He made his initial appearance in this matter on November 18, 2009 before the Honorable James Larson. On February 22, 2010, Mr. Miranda-Godoy pled guilty to the indictment. Judgment and sentencing are currently set for June 14, 2010 before this Court.

While the instant criminal case was pending, Mr. Miranda-Godoy filed an appeal of the immigration judge's order denying him relief from deportation under the Convention Against

STIP & ORDER CONT. SENTENCING
09-1112 MHP

Torture ("CAT") on the grounds that he would be tortured if removed to his home country of Guatemala. On April 8, 2010, the Board of Immigration Appeals reversed the decision of the Immigration Judge, and ordered CAT relief granted for Mr. Miranda-Godoy. No timely motion for reconsideration was filed by ICE, nor was an appeal filed with the Ninth Circuit. According to Mr. Miranda-Godoy's immigration counsel, Sara Coppin from the law office of Robert Jobe, the time for appealing the decision of the BIA has thus passed, and the CAT grant is final. According to Ms. Coppin, Mr. Miranda-Godoy is now eligible for release by ICE with the CAT grant because he will not be deported at the conclusion of the criminal proceedings.

On May 13, 2010, Mr. Miranda-Godoy will seek release from custody before the magistrate court on the criminal case so he can be returned to ICE for entry of an order granting CAT relief and release from custody by ICE. The parties now request additional time from this Court to discuss possible resolutions of the criminal case given the unusual posture of Mr. Miranda-Godoy's immigration situation as it has developed post-indictment.

Probation Officer Insa Bel'Ochi has been contacted by defense counsel, and has no objection to a continuance of the sentencing to September 20, 2010 at 9:00 a.m.

IT IS SO STIPULATED.

DATED:   5/12/10           _____/S/_____
                           ELIZABETH M. FALK
                           Assistant Federal Public Defender

DATED:   5/12/10           _____/S/_____
                           KEVIN J. BARRY
                           Assistant United States Attorney

[PROPOSED] ORDER

Based upon the aforementioned representations of the parties, it is hereby ORDERED that

STIP & ORDER CONT. SENTENCING
09-1112 MHP                                - 2 -

1 | sentencing in this matter be continued to September 20, 2010 at 9:00 a.m.

3 | DATED: 5/13/2010



THE HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

STIP & ORDER CONT. SENTENCING
09-1112 MHP                                - 3 -