BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GODOY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 09-1112 MHP |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| vs. | ) | **ORDER ADVANCING** |
| | ) | **SENTENCING** |
| CARLOS MIRANDA GODOY, | ) | |
| | ) | Date: September 20, 2010 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Court: The Honorable Marilyn |
| | ) | Hall Patel |
| | ) | |

STIPULATION

The below-referenced parties jointly request this Court to advance sentencing in the above captioned matter to July 12, 2010 at 9:00 a.m. The parties further agree that the relevant facts are as follows:

Mr. Miranda-Godoy is currently charged in a one count indictment with violation of 8 U.S.C. § 1326, illegal re-entry following deportation. He made his initial appearance in this matter on November 18, 2009 before the Honorable James Larson. On February 22, 2010, Mr. Miranda-Godoy pled guilty to the indictment. Judgment and sentencing are currently set for June 14, 2010 before this Court.

While the instant criminal case was pending, Mr. Miranda-Godoy filed an appeal of the

STIP & ORDER ADV. SENTENCING
09-1112 MHP

1. immigration judge's order denying him relief from deportation under the Convention Against
2. Torture ("CAT") on the grounds that he would be tortured if removed to his home country of
3. Guatemala.  On April 8, 2010, the Board of Immigration Appeals reversed the decision of the
4. Immigration Judge, and ordered CAT relief granted for Mr. Miranda-Godoy.  No timely motion
5. for reconsideration was filed by ICE, nor was an appeal filed with the Ninth Circuit.  According to
6. Mr. Miranda-Godoy's immigration counsel, Sara Coppin from the law office of Robert Jobe, the
7. time for appealing the decision of the BIA has thus passed, and the CAT grant is final.
8.      Once the decision finalized, the parties appeared before the Honorable Joseph C. Spero for a
9. further bail review, and the defendant was released on bail with the consent of the government.  As
10. such, Mr. Godoy is currently released from both criminal and immigration custody.  Barring future
11. ICE proceedings, he will not be deported at the conclusion of the criminal proceedings.
12.      The parties now request a new date for sentencing from this Court in advance of the currently
13. scheduled date of September 20, 2010 at 9:00 a.m.  Given the unusual posture of Mr. Miranda-
14. Godoy's immigration situation as it has developed post-indictment, the government intends to
15. request that the Court impose a time-served sentence without a Presentence Report.  Mr. Godoy does
16. not object to summary sentencing without a Presentence Report or the government's recommended
17. sentence of time served.  The parties' only dispute at sentencing will be whether or not Mr. Godoy
18. should spend any time on supervised release, which the parties will brief the week before the
19. requested hearing date of July 12, 2010.
20. IT IS SO STIPULATED.
21.
22. DATED:    7/2/10                                /S/_____
23.                                                     ELIZABETH M. FALK
                                                    Assistant Federal Public Defender
24.
25. DATED:    7/2/10                                /S/_____
                                                      KEVIN J. BARRY
                                                      Assistant United States Attorney
26.

~~[PROPOSED]~~ ORDER

Based upon the aforementioned representations of the parties, it is hereby ORDERED that sentencing in this matter be advanced to **July ~~12~~ 19, 2010 at 9:00 a.m.**

DATED: 7/6/2010

_____
THE HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Marilyn H. Patel]*

STIP & ORDER ADV. SENTENCING
09-1112 MHP                                                      - 3 -